UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JACQUELINE ASBELLE; FRANKIE BELL; :
REBECCA BOYCE; AWILDA VEGA; GARY :
WALTERS; PHEBE WATSON; ILONA :
WENTZELL; BETTIE WESLEY; PATRICIA :
WRIGHT; SHARON WRIGIL, :
                 :
      Plaintiffs          :    Civil Action
v.                      :    No. 04-11056-GAO
                 :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
                 :
      Defendants      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer

Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 14, 2004                          Respectfully submitted,
       Boston, Massachusetts

                                       /s/Matthew J. Matule
                                       Matthew J. Matule (BBO #632075)
                                       SKADDEN, ARPS, SLATE,
                                         MEAGHER & FLOM LLP

Of Counsel:                                   One Beacon Street
Barbara Wrubel                                Boston, Massachusetts 02108
Katherine Armstrong                           (617) 573-4800
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                Counsel for Defendant
                                       Boehringer Ingelheim Pharmaceuticals, Inc.