UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
JACQUELINE ASBELLE; FRANKIE BELL; :
REBECCA BOYCE; AWILDA VEGA; GARY
WALTERS; PHEBE WATSON; ILONA :
WENTZELL; BETTIE WESLEY; PATRICIA
WRIGHT; SHARON WRIGIL, :

    Plaintiffs, : Civil Action
v. : No. 04-11056-GAO

INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC., :

    Defendants. :
------------------------------------- x

## NOTICE OF APPEARANCE

    Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 25, 2004      Respectfully submitted,
    Boston, Massachusetts

    /s/Matthew J. Matule
    Matthew J. Matule (BBO #632075)
    SKADDEN, ARPS, SLATE,
Of Counsel:       MEAGHER & FLOM LLP
Barbara Wrubel    One Beacon Street
Katherine Armstrong    Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,    (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000    Counsel for Defendant
    Indevus Pharmaceuticals, Inc.